1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   A Professional Law Corporation
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs
6  CRAIG YATES
   and DISABILITY RIGHTS,
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  CRAIG YATES, an individual; and          )   **CASE NO. CV 03326 JCS**
    DISABILITY RIGHTS, ENFORCEMENT,          )
13  EDUCATION, SERVICES:HELPING YOU          )   **CONSENT TO PROCEED BEFORE A**
    HELP OTHERS, a California public benefit )   **UNITED STATES MAGISTRATE JUDGE**
14  corporation,                             )
                                             )
15          Plaintiffs,                      )
                                             )
16  v.                                       )
                                             )
17  BIMBO BAKERIES USA, INC., a              )
    Delaware corporation dba ENTENNMAN'S     )
18  OROWEAT BAKERY OUTLET  #1412;            )
    and JAMES H. MALONE and ELEANOR          )
19  J. MALONE, as trustees of the MALONE     )
    FAMILY TRUST,                            )
20                                           )
            Defendants.                      )
21                                           )
                                             )
22  _____  )

23
            In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
24
    party hereby consents to have a United States Magistrate Judge conduct any and all further
25
    ///
26
    ///
27
    ///
28

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE

proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 1, 2007       THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*


                            By:   /s/ Thomas E. Frankovich
                                  Thomas E. Frankovich
                            Attorneys for Plaintiffs CRAIG YATES
                            and DISABILITY RIGHTS ENFORCEMENT,
                            EDUCATION SERVICES:HELPING YOU HELP
                            OTHERS