1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES, an individual; and          ) CASE NO. C07-3326-JCS
   DISABILITY RIGHTS, ENFORCEMENT,          )
12 EDUCATION, SERVICES:HELPING YOU          ) **RETURN OF SERVICE RE DEFENDANTS**
   HELP OTHERS, a California public benefit ) BIMBO BAKERIES USA, INC., a Delaware
13 corporation,                             ) corporation dba ENTENNMAN'S OROWEAT
                                            ) BAKERY OUTLET #1412; and JAMES H.
14         Plaintiffs,                      ) MALONE and ELEANOR J. MALONE, as
                                            ) trustees of the MALONE FAMILY TRUST
15     v.                                   )
                                            )
16 BIMBO BAKERIES USA, INC., a              )
   Delaware corporation dba ENTENNMAN'S     )
17 OROWEAT BAKERY OUTLET #1412;             )
   and JAMES H. MALONE and ELEANOR          )
18 J. MALONE, as trustees of the MALONE     )
   FAMILY TRUST,                            )
19                                          )
           Defendants.                      )
20

21

22

23

24

25

26 RETURN OF SERVICE RE DEFENDANTS BIMBO BAKERIES USA, INC., a Delaware corporation dba ENTENNMAN'S OROWEAT
   BAKERY OUTLET #1412, and JAMES H. MALONE and ELEANOR J. MALONE, as trustees of the MALONE FAMILY TRUST
27

28

                                                                                                    i

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600   FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff, Craig Yates, et al | Ref. No. or File No.:<br>ENTENNMAN'S OROWEAT | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: CRAIG YATES, an individual, et al.
Defendant: Bimbo Bakeriesusa, Inc., A Delaware Corporation Dba Entennman's Oroweat Bakery C

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 3326 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; LOCAL RULES & GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICAN WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; CORRESPONDENCE DATED JULY 26, 2007 REGARDING ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE JOSEPH SPERO

3. a. Party served: BIMBO BAKERIES USA, INC., a Delaware corporation dba ENTENNMAN'S OROWEAT BAKERY OUTLET #1412
   b. Person served: ERIN UPCHURCH, AUTHORIZED TO ACCEPT

4. Address where the party was served: c/o CAPITOL CORPORATE SERVICES, INC.
   455 CAPITOL MALL, SUITE 217
   SACRAMENTO, CA 95814

5. I served the party:
   a by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 07, 2007 (2) at: 11:00AM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS
   d. The Fee for Service was:
   e. I am (3) registered California process server
      (i) Independent Contractor

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

      (ii) Registration No.: 04-009
      (iii) County: Placer
      (iv) Expiration Date: Wed, Jul 30, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Aug. 15, 2007

(MICHAEL MORRIS)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

6366090  .thoft-fg.81356

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No 415-674-8600    FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff, Craig Yates, et al | | Ref. No. or File No.:<br>ENTENNMAN'S OROWEAT | | |
| Insert name of Court, and Judicial District and Branch Court | | | | |
| United States District Court, Northern District Of California | | | | |
| Plaintiff: CRAIG YATES, an individual, et al. | | | | |
| Defendant: Bimbo Bakeriesusa, Inc., A Delaware Corporation Dba Entennman's Oroweat Bakery C | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number<br>C 07 3326 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; LOCAL RULES & GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICAN WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; CORRESPONDENCE DATED JULY 26, 2007 REGARDING ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE JOSEPH SPERO

3. a. Party served:                    ELEANOR J. MALONE, AS TRUSTEE OF THE MALONE FAMILY TRUST

4. Address where the party was served:    380 CIRCULO LACRUZ
                                          ROHNERT PARK, CA 94928

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 07, 2007 (2) at: 12:17PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MIKE RILEY                                       d. The Fee for Service was:
                                                       e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Aug. 15, 2007

Judicial Council Form                    PROOF OF SERVICE               (MIKE RILEY) 6366092  .thofr-fg.81363
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | |
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | | |
| Attorney for: Plaintiff, Craig Yates, et al | Ref. No. or File No.:<br>ENTENNMAN'S OROWEAT | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: CRAIG YATES, an individual, et al.
Defendant: Bimbo Bakeriesusa, Inc., A Delaware Corporation Dba Entennman's Oroweat Bakery C

| PROOF OF SERVICE<br>SUMMONS | Hearing Date | Time: | Dept/Div. | Case Number<br>C 07 3326 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; LOCAL RULES & GUIDELINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICAN WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; CORRESPONDENCE DATED JULY 26, 2007 REGARDING ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE JOSEPH SPERO

3. a. Party served: JAMES H. MALONE, AS TRUSTEE OF THE MALONE FAMILY TRUST

4. Address where the party was served: 380 CIRCULO LACRUZ<br>ROHNERT PARK, CA 94928

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 07, 2007 (2) at: 12:17PM

7. Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MIKE RILEY                                    d. The Fee for Service was:
                                                     e. I am: Not a Registered California Process Server

First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Aug. 15, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007
PROOF OF SERVICE
SUMMONS
(MIKE RILEY) 6366091   .thofr-fg.81361

**CERTIFICATE OR PROOF OF SERVICE**

State of California            )
                               ) ss
County of San Francisco        )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the City and County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**PROOF OF SERVICE SUMMONS AND COMPLAINT**

on the interested parties in this action, conveyed as follows:

☒   by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒   in first class U.S. Mail
    ☐   in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐   by transmitting via facsimile to the fax number(s) set forth below.

☐   by causing personal delivery by Western Messenger Service.

☐   by personal hand-delivery.

addressed to:

Debra Bogaards, Esq.                          Eleanor J. Malone, Trustee
Pave & Bogaards, A Limited Partnership        James H. Malone, Trustee
601 Montgomery Street, Suite 1210             380 Circulo Lacruz
San Francisco, CA 94111                       Rohnert Park, CA 94928

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed on August 31, 2007, at San Francisco, California.

Armetrice Cooper
(Original signed)