1 | DEBRA F. BOGAARDS (SBN:107804)
PAVE & BOGAARDS
2 | A Limited Liability Partnership
601 Montgomery Street, Suite 1210
3 | San Francisco, California 94111-2616
Telephone: (415) 979-0480
4 | Facsimile: (415) 979-0482

5 | Attorney for Defendant
**BIMBO BAKERIES USA, INC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC., a Delaware corporation dba ENTENNMAN'S OROWEAT BAKERY OUTLET #1412; and JAMES H. MALONE and ELEANOR J. MALONE, as trustees of the MALONE FAMILY TRUST,<br><br>Defendants. | CASE NO.   C073326<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Action Filed:<br>Trial Date: |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
-1-

a United States District Judge.

DATED: 9-14-07

                    PAVE & BOGAARDS

By: _____
DEBRA F. BOGAARDS
Attorney for Defendant
**BIMBO BAKERIES USA, INC.**

---

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**PROOF OF SERVICE**
1013A(3) CCP Revised 9/6/07

I am a citizen of the United States. My business address is: 601 Montgomery Street, Suite 1210, San Francisco, California 94111-2616. I am employed in the County of San Francisco, where this mailing occurs. I am over eighteen years of age.

On **September 17, 2007**, I served, in the manner indicated, the foregoing document(s) described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing true copy(ies) thereof, enclosed in a sealed envelope, addressed as follows:

Thomas Frankovich
2806 Van Ness Avenue
San Francisco, CA 94109
*Attorneys for Plaintiff*

XXXX    **(BY REGULAR EXPRESS MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, sealed in an envelope with the postage already paid.

_____    **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I caused such envelope(s), with postage thereon fully prepaid, and fees paid for certified mail and return of the attached receipt to be placed in the U.S. Mail at San Francisco, California.

_____    **(BY FEDERAL _____ AIRBORNE EXPRESS)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address above. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

_____    **(BY PERSONAL DELIVERY)** I personally delivered the documents to the persons at the addresses above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

_____    **(BY FACSIMILE)** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons listed above. No error was reported by the fax machine that I used. A copy of the record of fax transmission, which I printed out, is attached.

    \_\_\_\_    **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons listed above. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

    \_\_\_\_    **(BY MESSENGER SERVICE)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. (See Declaration of Messenger below.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 17, 2007** at San Francisco, California.

_____
Annie Sterling