1  DEBRA F. BOGAARDS (SBN:107804)
   PAVE & BOGAARDS
2  A Limited Liability Partnership
   601 Montgomery Street, Suite 1210
3  San Francisco, California 94111-2616
   Telephone: (415) 979-0480
4  Facsimile: (415) 979-0482

5  Attorney for Defendant
   BIMBO BAKERIES USA, INC

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  CRAIG YATES, an individual; and          )   CASE NO.   C073326
    DISABILITY RIGHTS,                       )
13  ENFORCEMENT, EDUCATION,                  )   STIPULATION AND [PROPOSED]
    SERVICES: HELPING YOU HELP               )   ORDER EXTENDING TIME FOR
14  OTHERS, a California public benefit      )   DEFENDANT BIMBO BAKERIES
    corporation                              )   USA, INC. TO RESPOND TO
15                                           )   COMPLAINT
           Plaintiffs,                       )
16                                           )
    v.                                       )
17                                           )   Action Filed:
    BIMBO BAKERIES USA, INC., a              )   Trial Date:
18  Delaware corporation dba
    ENTENNMAN'S OROWEAT BAKERY
19  OUTLET #1412; and JAMES H.
    MALONE and ELEANOR J. MALONE,
20  as trustees of the MALONE FAMILY
    TRUST,
21
           Defendants.
22

23  ─────────────────────────────────────

24         Plaintiffs CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT,

25  EDUCATION, SERVICES: HELPING YOU HELP OTHERS ("DREES") through their

26  undersigned counsel, and defendant BIMBO BAKERIES USA, INC., through their undersigned

27

28  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT BIMBO BAKERIES USA,
    INC., TO RESPOND TO COMPLAINT                                        CASE NO. C073326
                                           -1-

counsel, stipulate as follows:

1. Defendant BIMBO BAKERIES USA, INC., is granted an extension of time to and including September 30, 2007, to answer or otherwise respond to plaintiffs' complaint.

2. In the event defendant BIMBO BAKERIES USA, INC., files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motions shall be set on a date no sooner than 45 days from the filing of said motion.

3. Defendant further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: August 9/5/07, 2007

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

By: _____
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: August 11, 2007

PAVE & BOGAARDS

By: _____
Debra F. Bogaards
Attorneys for Defendant BIMBO BAKERIES, USA, INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT BIMBO BAKERIES USA, INC., TO RESPOND TO COMPLAINT
CASE NO. C073326
-2-

1 | IT IS SO ORDERED.

**ORDER**

2
3 DATED: 09/17/07 , 2007



Joseph S. Spero
United States [Magistrate Judge]

Judge Joseph C. Spero

STPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT BIMBO BAKERIES USA, INC., TO RESPOND TO COMPLAINT

CASE NO. C073326

-3-

**PROOF OF SERVICE**
1013A(3) CCP Revised 9/6/07

I am a citizen of the United States. My business address is: 601 Montgomery Street, Suite 1210, San Francisco, California 94111-2616. I am employed in the County of San Francisco, where this mailing occurs. I am over eighteen years of age.

On **September 12, 2007**, I served, in the manner indicated, the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT BIMBO BAKERIES USA, INC. TO RESPOND TO COMPLAINT**

on the interested parties in said action by placing true copy(ies) thereof, enclosed in a sealed envelope, addressed as follows:

Thomas Frankovich
2806 Van Ness Avenue
San Francisco, CA 94109
*Attorneys for Plaintiff*

_____  (BY REGULAR EXPRESS MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, sealed in an envelope with the postage already paid.

_____  (BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED) I caused such envelope(s), with postage thereon fully prepaid, and fees paid for certified mail and return of the attached receipt to be placed in the U.S. Mail at San Francisco, California.

_____  (BY FEDERAL _____ AIRBORNE EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address above. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

_____  (BY PERSONAL DELIVERY) I personally delivered the documents to the persons at the addresses above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

_____  (BY FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons listed above. No error was reported by the fax machine that I used. A copy of the record of fax transmission, which I printed out, is attached.

1  _____    **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons listed above. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

4  XXXX    **(BY MESSENGER SERVICE)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. (See Declaration of Messenger below.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 12, 2007** at San Francisco, California.

_____
Annie Sterling