**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CRAIG YATES, et al.,                          No. C-07-3326 MMC

12          Plaintiffs,                           **ORDER STRIKING DEFENDANTS'**
                                                  **ANSWERS**
13      v.

14  BIMBO BAKERIES, USA, INC., et al.,

15          Defendants
    _____/

16

17          By order filed November 2, 2007, the Court advised defendants James H. Malone

18  and Eleanor J. Malone that they were in violation of General Order No. 45 and the Court's

19  Standing Orders in light of their failure to provide the Court with a chambers copy of the

20  answer each defendant had electronically filed on October 22, 2007.  The Court also

21  ordered each defendant to immediately submit a chambers copy of his or her answer.  To

22  date, neither defendant has provided a chambers copy thereof.

23          Accordingly, the answer filed by James H. Malone and the answer filed by Eleanor J.

24  Malone are hereby STRICKEN, without prejudice to each defendant's re-filing it

25  electronically and timely providing chambers with a paper copy thereof.

26          **IT IS SO ORDERED.**

27
    Dated:  November 13, 2007
28
                                                  _____
                                                  MAXINE M. CHESNEY
                                                  United States District Judge