IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-07-3326 MMC |
| Plaintiffs, | **ORDER STRIKING DEFENDANTS' ANSWERS** |
| v. | |
| BIMBO BAKERIES, USA, INC., et al., | |
| Defendants / | |

By order filed November 2, 2007, the Court advised defendants James H. Malone and Eleanor J. Malone that they were in violation of General Order No. 45 and the Court's Standing Orders in light of their failure to provide the Court with a chambers copy of the answer each defendant had electronically filed on October 22, 2007. The Court also ordered each defendant to immediately submit a chambers copy of his or her answer. To date, neither defendant has provided a chambers copy thereof.

Accordingly, the answer filed by James H. Malone and the answer filed by Eleanor J. Malone are hereby STRICKEN, without prejudice to each defendant's re-filing it electronically and timely providing chambers with a paper copy thereof.

**IT IS SO ORDERED.**

Dated: November 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge