IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>BIMBO BAKERIES, USA, INC., et al.,<br><br>    Defendants<br>_____/ | No. C-07-3326 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed June 25, 2007, the parties and counsel were ordered to hold, no later than October 3, 2007, a joint inspection of the premises at issue herein. (See Scheduling Order for Cases Asserting Denial Of Right to Access Under ADA.) Further, plaintiffs were ordered to file a Notice of Need for Mediation, no later than 45 days after the joint site inspection. (See id.) To date, plaintiffs have not filed a Notice of Need for Mediation or submitted any other filing in response to the June 25, 2007 order.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than December 21, 2007, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiffs file a Notice of Need for Mediation by December 21, 2007, this order will be discharged.

**IT IS SO ORDERED.**

Dated: December 10, 2007

                                               MAXINE M. CHESNEY<br>                                               United States District Judge