THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900
Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC., a Delaware corporation dba ENTENNMAN'S OROWEAT BAKERY OUTLET #1412; and JAMES H. MALONE and ELEANOR J. MALONE, as trustees of the MALONE FAMILY TRUST,<br><br>          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. C07-3326 MMC**<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

        Plaintiffs CRAIG YATES and Disability Rights Enforcement, Education Services

("DREES"), submit the following response to the Order To Show Cause entered on December

10, 2007:

        Plaintiffs report that the parties to the above-captioned matter have agreed to settlement

terms which fully resolve the claims herein.

///

///

1      Plaintiffs request that the Order to Show Cause be vacated. Dismissal documents will be

2   filed with the Court no later than January 31, 2008.

3      Respectfully submitted.

4

5   Dated: December 18, 2007          THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*
6

7
                                      By: ___/s/_____
8                                          Thomas E. Frankovich
                                      Attorneys for Plaintiffs CRAIG YATES and
9                                      DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                                      SERVICES: HELPING YOU HELP
10                                     OTHERS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28