IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C-07-3326 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| BIMBO BAKERIES, USA, INC., et al., | |
| Defendants | |

Before the Court is plaintiffs' "Response to Order to Show Cause," filed December 18, 2007, by which plaintiffs respond to the Court's December 10, 2007 order directing plaintiffs to show cause why the instant action should not be dismissed for failure to prosecute.

In light of plaintiffs' representation that the parties have settled, and good cause appearing therefrom, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: December 27, 2007

MAXINE M. CHESNEY
United States District Judge